| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ramiro Flores Munoz**<br>**415 W. Foothill Blvd.**<br>**Suite 202**<br>**Claremont, CA 91711**<br>**(909) 908-6251 Fax: (888) 674-9293**<br>**263737 CA**<br>**ramiro@rfmesq.com** | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Salvidor Gregory Gandara**<br>**Leah Gandara**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **August 21, 2020**     **Salvidor Gregory Gandara**     _/s/ signature_
                             Printed name of Debtor 1            Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date (Check only ONE box below):**

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: August 21, 2020         Leah Gandara
                              Printed name of Debtor 2         Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 2                     F 1002-1.EMP.INCOME.DEC

| | | | | | |
|---|---|---|---|---|---|
| DME | 418870 | 815167 | CAHM1 | 0000319530 | 1 |
| Page | 1(Con't Next Page) | | | 2540-0002 | |

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

**Earnings Statement** ADP

Period Beginning: 07/16/2020
Period Ending: 07/31/2020
Pay Date: 07/31/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  CA: 5

**SALVIDOR G GANDARA
10524 CHEVRON COURT
ADELANTO CA 92301**

Social Security Number: XXX-XX-1566

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5975.46 | 87.00 | 5,975.46 | 87,313.98 |
| Gtl | | | 30.02* | 416.47 |
| Retro Amount | | | | 218.46 |
| **Gross Pay** | | | **$6,005.48** | 87,948.91 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -518.65 | 8,079.10 |
| | Social Security Tax | -331.32 | 4,868.89 |
| | Medicare Tax | -77.48 | 1,138.69 |
| | CA State Income Tax | -220.47 | 3,459.02 |
| | CA SUI/SDI Tax | -53.14 | 781.14 |
| | **Other** | | |
| | Accident Ins | -10.45 | |
| | Crtcl Ill Ch | -5.25 | |
| | Crtcl Ill Eb | -24.30 | |
| | Crtcl Ill Sp | -7.27 | |
| | Dental | -33.50* | 469.00 |
| | F S A Depend | -208.33* | 2,916.62 |
| | F S A Medical | -114.58* | 1,604.12 |
| | Group Legal Ins | -8.25 | 115.50 |
| | Gtl | -30.02 | 416.47 |
| | Health Ins | -287.11* | 4,019.54 |
| | Ln 401K Loan 1 | -11.81 | 165.34 |
| | Ln 401K Loan 2 | -17.28 | 241.92 |
| | Long Term Disab | -31.39 | 436.28 |
| | Short Term Disa | -7.42 | 103.88 |
| | Supp Childe | -0.97 | 13.58 |

| **Other** | this period | year to date |
|---|---|---|
| Supp Life | -73.85 | 664.65 |
| Supp Spouse | -40.25 | 563.50 |
| Vision | -18.23* | 255.22 |
| Vol Add Fam | -16.29 | 226.38 |
| Qualtranspretax | | 154.00 |
| **Net Pay** | **$3,857.87** | |
| Checking 1 | -3,857.87 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,343.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 87.00 | 1,218.00 |
| Avail Sick Hrs | | 76.00 |

**Important Notes**
LIVE NATION WORLDWIDE INC. EMPLOYER ADDRESS IS 9348 CIVIC CENTER DR. BEVERLY HILLS CA 90210

FOR QUESTIONS REGARDING TAXES OR WITHHOLDING CALL 1-866-540-0115.

© 2000 ADP, LLC

---

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

**Advice number:** 00000319530
Pay date: 07/31/2020

**Deposited to the account of** | account number | transit ABA | amount
**SALVIDOR G GANDARA** | xxxxxxxx6103 | xxxx xxxx | $3,857.87

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** ADP

| | |
|---|---|
| DME 418870 815167 CAHM1 0000319530 1 | |
| Page 2 | 2540-0002 |

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

Period Beginning: 07/16/2020
Period Ending: 07/31/2020
Pay Date: 07/31/2020

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 5
   CA: 5

**SALVIDOR G GANDARA**
**10524 CHEVRON COURT**
**ADELANTO CA 92301**

Social Security Number: XXX-XX-1566

**Important Notes**
FOR QUESTIONS REGARDING HOURS,PAY,BENEFITS,OR
MISSING CHECKS CONTACT YOUR LOCAL HR/PR.

© 2000 ADP, LLC

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | | | | | |
|---|---|---|---|---|---|
| DME | 418870 | 815167 | CAHM1 | 0000292613 | 1 |
| Page | 1(Con't Next Page) | | | | 2622-0002 |

# Earnings Statement

**ADP**

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX  77027

Period Beginning:  07/01/2020
Period Ending:     07/15/2020
Pay Date:          07/15/2020

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  5
  CA:       5

**SALVIDOR G GANDARA**
**10524 CHEVRON COURT**
**ADELANTO  CA  92301**

Social Security Number:  XXX-XX-1566

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5975.46 | 87.00 | 5,975.46 | 81,338.52 |
| Gtl | | | 30.02* | 386.45 |
| Retro Amount | | | | 218.46 |
| **Gross Pay** | | | **$6,005.48** | 81,943.43 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -518.65 | 7,560.45 |
| | Social Security Tax | -331.31 | 4,537.57 |
| | Medicare Tax | -77.49 | 1,061.21 |
| | CA State Income Tax | -220.47 | 3,238.55 |
| | CA SUI/SDI Tax | -53.13 | 728.00 |
| | **Other** | | |
| | Accident Ins | -10.45 | |
| | Crtcl Ill Ch | -5.25 | |
| | Crtcl Ill Eb | -24.30 | |
| | Crtcl Ill Sp | -7.27 | |
| | Dental | -33.50* | 435.50 |
| | F S A Depend | -208.33* | 2,708.29 |
| | F S A Medical | -114.58* | 1,489.54 |
| | Group Legal Ins | -8.25 | 107.25 |
| | Gtl | -30.02 | 386.45 |
| | Health Ins | -287.11* | 3,732.43 |
| | Ln 401K Loan 1 | -11.81 | 153.53 |
| | Ln 401K Loan 2 | -17.28 | 224.64 |
| | Long Term Disab | -31.39 | 404.89 |
| | Short Term Disa | -7.42 | 96.46 |
| | Supp Childe | -0.97 | 12.61 |

| **Other** | this period | year to date |
|---|---|---|
| Supp Life | -73.85 | 590.80 |
| Supp Spouse | -40.25 | 523.25 |
| Vision | -18.23* | 236.99 |
| Vol Add Fam | -16.29 | 210.09 |
| Qualtranspretax | | 154.00 |
| **Net Pay** | **$3,857.88** | |
| Checking 1 | -3,857.88 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,343.73

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Total Work Hrs | 87.00 | 1,131.00 |
| Avail Sick Hrs | | 76.00 |

**Important Notes**

LIVE NATION WORLDWIDE INC. EMPLOYER ADDRESS IS 9348 CIVIC CENTER DR. BEVERLY HILLS CA 90210

FOR QUESTIONS REGARDING TAXES OR WITHHOLDING CALL 1-866-540-0115.

© 2000 ADP, LLC

---

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX  77027

**Advice number:**  00000292613
Pay date:           07/15/2020



| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **SALVIDOR G GANDARA** | xxxxxxxx6103 | xxxx xxxx | $3,857.88 |

**NON-NEGOTIABLE**

**Earnings Statement**

DME  418870  815167  CAHM1  0000292613  1
Page 2                              2622-0002

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

| | |
|---|---|
| Period Beginning: | 07/01/2020 |
| Period Ending: | 07/15/2020 |
| Pay Date: | 07/15/2020 |

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 5
    CA: 5

SALVIDOR G GANDARA
10524 CHEVRON COURT
ADELANTO CA 92301

Social Security Number: XXX-XX-1566

**Important Notes**
FOR QUESTIONS REGARDING HOURS, PAY, BENEFITS, OR MISSING CHECKS CONTACT YOUR LOCAL HR/PR.

© 2000 ADP, LLC

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**    ADP

DME    418870    815167    CAHM1    0000262797    1
Page    1(Con't Next Page)    2808-0002

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

Period Beginning: 06/16/2020
Period Ending: 06/30/2020
Pay Date: 06/30/2020

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:    5
    CA:    5

**SALVIDOR G GANDARA**
**10524 CHEVRON COURT**
**ADELANTO CA 92301**

Social Security Number: XXX-XX-1566

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5975.46 | 87.00 | 5,975.46 | 75,363.06 |
| Gtl | | | 30.02* | 356.43 |
| Retro Amount | | | | 218.46 |
| **Gross Pay** | | | **$6,005.48** | 75,937.95 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -518.65 | 7,041.80 |
| | Social Security Tax | -331.31 | 4,206.26 |
| | Medicare Tax | -77.48 | 983.72 |
| | CA State Income Tax | -220.47 | 3,018.08 |
| | CA SUI/SDI Tax | -53.14 | 674.87 |
| | **Other** | | |
| | Accident Ins | -10.45 | |
| | Crtcl Ill Ch | -5.25 | |
| | Crtcl Ill Eb | -24.30 | |
| | Crtcl Ill Sp | -7.27 | |
| | Dental | -33.50* | 402.00 |
| | F S A Depend | -208.33* | 2,499.96 |
| | F S A Medical | -114.58* | 1,374.96 |
| | Group Legal Ins | -8.25 | 99.00 |
| | Gtl | -30.02 | 356.43 |
| | Health Ins | -287.11* | 3,445.32 |
| | Ln 401K Loan 1 | -11.81 | 141.72 |
| | Ln 401K Loan 2 | -17.28 | 207.36 |
| | Long Term Disab | -31.39 | 373.50 |
| | Short Term Disa | -7.42 | 89.04 |
| | Supp Childe | -0.97 | 11.64 |

| Other | this period | year to date |
|---|---|---|
| Supp Life | -73.85 | 516.95 |
| Supp Spouse | -40.25 | 483.00 |
| Vision | -18.23* | 218.76 |
| Vol Add Fam | -16.29 | 193.80 |
| Qualtranspretax | | 154.00 |
| **Net Pay** | **$3,857.88** | |
| Checking 1 | -3,857.88 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $5,343.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 87.00 | 1,044.00 |
| Avail Sick Hrs | | 76.00 |

**Important Notes**
LIVE NATION WORLDWIDE INC. EMPLOYER ADDRESS IS 9348 CIVIC CENTER DR. BEVERLY HILLS CA 90210

FOR QUESTIONS REGARDING TAXES OR WITHHOLDING CALL 1-866-540-0115.

© 2000 ADP, LLC

---

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

**Advice number:** 00000262797
Pay date: 06/30/2020

THIS IS NOT A CHECK

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **SALVIDOR G GANDARA** | xxxxxx0882 | xxxx xxxx | $3,857.88 |

**NON-NEGOTIABLE**

DME 418870 815167 CAHM1 0000262797 1
Page 2
2808-0002

**Earnings Statement** ADP

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

Period Beginning: 06/16/2020
Period Ending: 06/30/2020
Pay Date: 06/30/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  CA: 5

SALVIDOR G GANDARA
10524 CHEVRON COURT
ADELANTO CA 92301

Social Security Number: XXX-XX-1566

**Important Notes**
FOR QUESTIONS REGARDING HOURS,PAY,BENEFITS,OR
MISSING CHECKS CONTACT YOUR LOCAL HR/PR.

© 2000 ADP, LLC

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | | | | |
|---|---|---|---|---|
| DME | 418870 | 815167 | CAHM1 | 0000246795 1 |
| Page | 1(Con't Next Page) | | | 2806-0002 |

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

**Earnings Statement** ADP

Period Beginning: 06/01/2020
Period Ending: 06/15/2020
Pay Date: 06/15/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  CA: 5

**SALVIDOR G GANDARA
10524 CHEVRON COURT
ADELANTO CA 92301**

Social Security Number: XXX-XX-1566

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5975.46 | 87.00 | 5,975.46 | 69,387.60 |
| Gtl | | | 30.02* | 326.41 |
| Retro Amount | | | | 218.46 |
| **Gross Pay** | | | **$6,005.48** | 69,932.47 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -518.65 | 6,523.15 |
| | Social Security Tax | -331.31 | 3,874.95 |
| | Medicare Tax | -77.49 | 906.24 |
| | CA State Income Tax | -220.47 | 2,797.61 |
| | CA SUI/SDI Tax | -53.14 | 621.73 |
| | **Other** | | |
| | Accident Ins | -10.45 | |
| | Crtcl Ill Ch | -5.25 | |
| | Crtcl Ill Eb | -24.30 | |
| | Crtcl Ill Sp | -7.27 | |
| | Dental | -33.50* | 368.50 |
| | F S A Depend | -208.33* | 2,291.63 |
| | F S A Medical | -114.58* | 1,260.38 |
| | Group Legal Ins | -8.25 | 90.75 |
| | Gtl | -30.02 | 326.41 |
| | Health Ins | -287.11* | 3,158.21 |
| | Ln 401K Loan 1 | -11.81 | 129.91 |
| | Ln 401K Loan 2 | -17.28 | 190.08 |
| | Long Term Disab | -31.39 | 342.11 |
| | Short Term Disa | -7.42 | 81.62 |
| | Supp Childe | -0.97 | 10.67 |

| Other | this period | year to date |
|---|---|---|
| Supp Life | -73.85 | 443.10 |
| Supp Spouse | -40.25 | 442.75 |
| Vision | -18.23* | 200.53 |
| Vol Add Fam | -16.29 | 177.51 |
| Qualtranspretax | | 154.00 |
| **Net Pay** | **$3,857.87** | |
| Checking 1 | -3,857.87 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $5,343.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 87.00 | 957.00 |
| Avail Sick Hrs | | 76.00 |

**Important Notes**
LIVE NATION WORLDWIDE INC. EMPLOYER ADDRESS IS 9348 CIVIC CENTER DR. BEVERLY HILLS CA 90210

FOR QUESTIONS REGARDING TAXES OR WITHHOLDING CALL 1-866-540-0115.

© 2000 ADP, LLC

---

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

Advice number: 00000246795
Pay date: 06/15/2020



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SALVIDOR G GANDARA | xxxxxx5500 | xxxx xxxx | $3,857.87 |

**NON-NEGOTIABLE**



**Earnings Statement**

```
DME   418870  815167  CAHM1  0000246795    1
Page   2                2806-0002
```

LIVE NATION WORLDWIDE, INC
PAYROLL PROCESSING CENTER
2000 WEST LOOP SOUTH, SUITE 1300
HOUSTON, TX 77027

Period Beginning: 06/01/2020
Period Ending: 06/15/2020
Pay Date: 06/15/2020

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 5
   CA: 5

SALVIDOR G GANDARA
10524 CHEVRON COURT
ADELANTO CA 92301

Social Security Number: XXX-XX-1566

**Important Notes**
FOR QUESTIONS REGARDING HOURS,PAY,BENEFITS,OR
MISSING CHECKS CONTACT YOUR LOCAL HR/PR.

© 2000 ADP, LLC

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**